# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Caulton D. Allen, Plaintiff

VS

Case Number: 07-741RCL

R. James Nicholson
Secretary
Department of Veterans Affairs
Defendant

## AFFIDAVIT OF SERVICE

I, CAULTON D. ALLEN mailed the summons and complaint registered mail to U.S. ATTORNEY GENERAL on MAY 2, 2007.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>MAY 0 7 2007   5/07/07<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>U.S. ATTORNEY GENERAL<br>950 PENNSYLVANIA AVE. N.W.<br>WASHINGTON DC. 20530<br><br>CASE 1:07-CV-00741 | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label)   7004 1350 0003 2414 3531 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

**RECEIVED**

JUN 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_Caulton D. Allen_
Caulton D. Allen
6220 Joe Klutsch Drive
Ft. Washington, MD 20744
(202) 359-1759

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Caulton D. Allen, Plaintiff

VS                                    Case Number: 07-741RCL

R. James Nicholson
Secretary
Department of Veterans Affairs
Defendant

## AFFIDAVIT OF SERVICE

I, CAULTON D. ALLEN mailed the summons and complaint registered mail to R. JAMES NICHOLSON, Secretary, Department of Veterans Affairs-Office of General Counsel on MAY 2, 2007.

[Domestic Return Receipt - PS Form 3811, February 2004]

Article Addressed to: CASE 1: 07-CV-00741
R. JAMES NICHOLSON
SECRETARY
DEPARTMENT OF VETERANS AFFAIRS
C/O OFFICE OF GENERAL COUNSEL (02)
810 VERMONT AVE, N.W.
WASHINGTON D.C. 20420

Article Number: 7004 1350 0003 2414 3524

Service Type: Certified Mail

Received by: [signature] James Wilson
Date of Delivery: MAY 7 2007 6:16

Stamp: DEPT OF VETERANS AFFAIRS OFFICE OF THE SECRETARY

RECEIVED
JUN 2 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

[signature]
Caulton D. Allen
6220 Joe Klutsch Drive
Ft. Washington, MD 20744
(202) 359-1759