UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Caulton D. Allen, Plaintiff

VS

Case Number: 07-741RCL

R. James Nicholson
Secretary
Department of Veterans Affairs
Defendant

AFFIDAVIT OF SERVICE

I, CAULTON D. ALLEN mailed the summons and complaint registered mail to the US Attorney on July 03, 2007.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>JUL 1 3 2007 |
| 1. Article Addressed to:<br><br>U.S. Attorney<br>501 3rd Street N.W.<br>Washington D.C.<br>20001<br><br>1:07-CV-00741-RCL | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number  7007 0710 0000 2234<br>(Transfer from service label) 7007 0710 0000 2234 0485 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

RECEIVED
JUL 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_[signature]_
Caulton D. Allen
6220 Joe Klutsch Drive
Ft. Washington, MD  20744
(202) 359-1759