IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAULTON D. ALLEN**, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No.: 07-741 (RCL) |
| **JAMES R. NICHOLSON,**<br>**Secretary**, **Department of**<br>**Veterans Affairs,** | )<br>)<br>)<br>)<br>) |
| Defendant. | )<br>) |

## **PRAECIPE**

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Michelle N. Johnson as counsel for the federal government defendant in the above-captioned case.

Respectfully submitted,

  /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139 (telephone)
(202) 514-8780 (facsimile)
Michelle.Johnson@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Praecipe was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Mr. Caulton D. Allen
6220 Joe Klutsch Drive
Fort Washington, MD 20744


on this 14th day of September, 2007.

                                         /s/
                                MICHELLE N. JOHNSON