**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| **CAULTON D. ALLEN**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil Action No.: 07-0741 (RCL)** |
| | ) | |
| **JAMES R. NICHOLSON,** | ) | |
| **Secretary**, **Department of** | ) | |
| **Veterans Affairs,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME**
**TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, through

counsel, respectfully moves this Court for a three-week enlargement of time to file his response

to plaintiff's Complaint.  Plaintiff consents to this relief.  In support of this motion, defendant

states the following:

1.      Plaintiff filed his pro se complaint in this Court on April 19, 2007.  Service was

perfected on the United States on July 16, 2007.   Defendant's answer or response to the

complaint is due today, September 14, 2007.

2.      Since the filing of his complaint, plaintiff has settled his claims with the agency at

the administrative level.  As part of that settlement, plaintiff has agreed to withdraw this action.

Plaintiff has indicated to the undersigned counsel that he intends to file his withdrawal with the

Court within two weeks from today's date.

3.      Because this matter has been resolved and plaintiff intends to withdraw this

matter, defendants seeks an extension of his time to respond to the complaint.  Accordingly,

defendant seeks a three-week extension of time, up to and including October 5, 2007, in which to answer or otherwise respond to plaintiff's complaint.

     4.     Pursuant to LCvR 7(m), counsel for defendant contacted the pro se plaintiff to discuss the relief sought herein.  Plaintiff has indicated that he does not oppose the relief defendant seeks.

Dated:  September 14, 2007

Respectfully submitted,

_/s/ Jeffrey A. Taylor_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_/s/ Rudolph Contreras_____
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

_/s/ Michelle N. Johnson_____
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Defendant's Consent Motion for an Enlargement of

Time to Respond to Plaintiff's Complaint was mailed by depositing a copy of it in the U.S. Mail,

first class postage prepaid, addressed to:


Mr. Caulton D. Allen
6220 Joe Klutsch Drive
Fort Washington, MD 20744



on this 14th  day of September, 2007.



/s/

MICHELLE N. JOHNSON

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **CAULTON D. ALLEN***, | ) | |
| Plaintiff, | ) | |
| v. | ) | **Civil Action No.: 07-741 (RCL)** |
| **JAMES R. NICHOLSON,** **Secretary***, **Department of** **Veterans Affairs,** | ) | |
| Defendant. | ) | |

**ORDER**

This matter having come before this Court on defendant's Consent Motion for an

Enlargement of Time to Answer or Otherwise Respond to the Complaint, it is hereby

**ORDERED** that defendant's motion is **GRANTED**.  It is further

**ORDERED** that defendant shall have until and including October 5, 2007, to file his

response to plaintiff's complaint, if necessary.


**SO ORDERED** this _____ day of _____, 200__.


_____
United States District Court Judge