UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAULTON D. ALLEN**, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 07-741 (RCL) |
| **JAMES R. NICHOLSON**, **Secretary**, **Department of Veterans Affairs,** | ) |
| Defendant. | ) |

**ORDER**

This matter having come before this Court on defendant's Consent Motion for an Enlargement of Time to Answer or Otherwise Respond to the Complaint, it is hereby

**ORDERED** that defendant's motion is **GRANTED**. It is further

**ORDERED** that defendant shall have until and including October 5, 2007, to file his response to plaintiff's complaint, if necessary.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on September 25, 2007.