IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CAULTON D. ALLEN**, ) |  |
| ) |  |
| Plaintiff, ) |  |
| ) |  |
| v. ) | Civil Action No.: 07-0741 (RCL) |
| ) |  |
| **JAMES R. NICHOLSON,** ) |  |
| **Secretary**, **Department of** ) |  |
| **Veterans Affairs,** ) |  |
| ) |  |
| Defendant. ) |  |

**DEFENDANT'S (SECOND) CONSENT MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, through counsel, respectfully moves this Court for an additional one week enlargement of time to file his response to plaintiff's Complaint, up to and including October 12, 2007. Plaintiff consents to this relief. In support of this motion, defendant states the following:

1.  Plaintiff filed his pro se complaint in this Court on April 19, 2007. Service was perfected on the United States on July 16, 2007. Defendant requested and received an extension of time in which to respond to the complaint, up to and including October 5, 2007.

2.  Since the filing of his complaint, plaintiff has settled his claims with the agency at the administrative level. As part of that settlement, plaintiff has agreed to withdraw this action.

3.  Counsel spoke with the pro se plaintiff this morning. Plaintiff has indicated that he would like an additional week in which to determine how to proceed with this matter.[1] The

---

[1] According to plaintiff, he may seek to hold this matter in abeyance pending resolution of some issues with the agency. Defendant will oppose any attempt to further delay the resolution of this matter, notably in light of the fact that plaintiff has already signed a settlement agreement

undersigned counsel has agreed to afford plaintiff one additional week in which to file an appropriate filing with the Court. In the event no such pleading is filed, the undersigned counsel intends to file a motion seeking dismissal.

4.     Pursuant to LCvR 7(m), the pro se plaintiff has indicated his consent to defendant's one week enlargement request.

Dated: October 5, 2007

Respectfully submitted,

   /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

   /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANT

---

in which he has agreed to withdraw this action.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Defendant's (Second) Consent Motion for an Enlargement of Time to Respond to Plaintiff's Complaint was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Mr. Caulton D. Allen
6220 Joe Klutsch Drive
Fort Washington, MD 20744

on this 5th day of October, 2007.

/s/
MICHELLE N. JOHNSON

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAULTON D. ALLEN**, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 07-741 (RCL) |
| **JAMES R. NICHOLSON,** **Secretary**, **Department of Veterans Affairs,** | ) |
| Defendant. | ) |

## ORDER

This matter having come before this Court on Defendant's (Second) Consent Motion for an Enlargement of Time to Answer or Otherwise Respond to the Complaint, it is hereby

**ORDERED** that defendant's motion is **GRANTED**. It is further

**ORDERED** that defendant shall have until and including October 12, 2007, to file his response to plaintiff's complaint, if necessary.

**SO ORDERED** this ____ day of _____, 200__.

_____
United States District Court Judge