UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAULTON D. ALLEN,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES R. NICHOLSON,<br>Secretary, Department of<br>Veterans Affairs,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-0741 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This matter having come before this Court on Defendant's (Second) Consent Motion for an Enlargement of Time to Answer or Otherwise Respond to the Complaint, it is hereby

ORDERED that defendant's motion is GRANTED *nunc pro tunc*. It is further

ORDERED that defendant shall have until and including October 12, 2007, to file his response to plaintiff's complaint, if necessary.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on October 24, 2007.