CLERK
U.S. BANKRUPTCY
2007 NOV -7 P 11:59
RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAULTON D. ALLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 07-0741 (RCL) |
| ) | |
| JAMES R. NICHOLSON, ) | |
| Secretary, Department of ) | |
| Veterans Affairs, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION TO DENY THE DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

Caulton D. Allen, hereafter the Plaintiff, files this response to the Defendant's motion to dismiss this complaint. Plaintiff requests that the court deny the Defendant's motion for summary judgment seeking dismissal of the Plaintiff's civil complaint filed on April 19, 2007. Plaintiff took notice of the Defendant's direction contained within the Defendants brief which states the following: " Plaintiff should take notice that any factual assertions contained in the accompanying attachment in support of defendants' motion will be accepted by the Court as true unless the plaintiff submits his own affidavit or other documentary evidence contradicting the assertions in the defendant's attachments."

There are credibility issues and factual assertions that are contained within Plaintiff's memorandum or affidavit that supports that the court must find that the Defendant's assertions are not true.

RECEIVED
NOV 7 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Wherefore the Plaintiff prays that the court denies the Defendant's Motion to Dismiss based on Plaintiff's attached memorandum affidavit and set this matter for a hearing.*

Respectfully submitted,

_____
CAULTON D. ALLEN
Plaintiff

---

*The Plaintiff is willing to entertain holding this matter in abeyance pending the issuance of a final decision by the U.S. Merit System Protection Board.

## MEMORANDUM OF POINTS IN SUPPORT OF
## PLAINTIFF"S MOTION TO DENY DEFENDANT"S MOTION TO DISMISS

1. It is a matter of fact, not an assertion as Defendant's Counsel's notes in the Defendant's brief that the Plaintiff contacted the Agency to Request an Extension with regards to his leave of absence. On approximately April 21, 2003, the Plaintiff sent a letter to his supervisor at the time, Peggy Joyner (hereafter Ms. Joyner), which reads, I am requesting an extension of my leave of absence that expires on April 21, 2003 for another thirty days." **See Exhibit 1.** In response, Ms. Joyner replies via email message dated April 21, 2003, " No, I am willing to extend you for another thirty days. I did a 52 and sent it to the HRC which is being processed as a effective of yesterday. Also, my positions to fill for investigators have been approved. I am in the process of recruiting for these positions and cannot hold up an FTE.".

2. It is a fact that the Plaintiff contacted the Defendant before the expiration of his leave of absence expired on April 22, 2003, not an assertion as Defendant's Counsel has alleged in the Defendant's MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT"S MOTION TO DISMISS (see Exhibits 1 and 2).

3. It is a fact that the Plaintiff was terminated rather than afforded an opportunity to voluntarily resign as he requested as evidenced in the Plaintiff's March 11, 2003 email message sent to Ms. Joyner (see Exhibit 3).

4. It is a fact that U.S. Merit System Protection Board Administrative Judge Elizabeth Bogle vacated and/or voided section 15 (e) and 15 (f) of the settlement agreement by issuing a dismissal order with prejudice on September 6, 2007 (see Exhibit 4). The clear and plain language of the settlement agreement derives that the contractual agreement time limitation demanded that the Plaintiffs appeal not be dismissed with prejudice (see page five (5) of Defendant's Exhibit A) .

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAULTON D. ALLEN,<br><br>         Plaintiff,<br><br>v.<br><br>JAMES R. NICHOLSON,<br>Secretary, Department of<br>Veterans Affairs,<br><br>         Defendant. | Civil Action No.: 07-0741 (RCL) |

## ORDER

This matter having come before this Court on the Plaintiff's Answer to the Defendant's Motion to Dismiss, it is hereby

**ORDERED** that plaintiff's motion is **GRANTED**. It is further

**ORDERED** that defendant's motion to dismiss is **DENIED**.

**SO ORDERED** this ____ day of _____, 200___.


_____
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Plaintiff's Answer to the Defendant's Motion To Dismiss, and supporting documentation and a proposed order has been served via priority mail return receipt upon:

Ms. Michelle N. Johnson
D.C. Bar # 491910
Assistant United States Attorney
U.S. Attorney's Office
Civil Division
555 4th Street, N.W.-Room E4212
Washington, D.C. 20530 Agency

# Exhibit 1

# Exhibit 2

April 18, 2003

Ms. Peggy Joyner
Regional EEO Officer
Office of Resolution Management
Washington DC Field Office (08D)
810 Vermont Avenue
Washington DC, 20421

Dear Peggy:

I am requesting an extension of my leave of absence that expires on April 21, 2003 for another thirty days.

Sincerely,


Caulton D. Allen

Subj: **RE: (no subject)**
Date: 4/21/2003 9:47:28 AM Eastern Daylight Time
From: Peggy.Joyner@orm.va.gov
To: CaultonAllen@aol.com
*Sent from the Internet (Details)*

No, I am willing to extend you for another 30 days. I did a 52 and sent it to the HRC which is being processed as a effective of yesterday. Also, my positions to fill for investigators have been approved. I am in the process of recruiting for these positions and cannot hold up a FTE.

-----Original Message-----
From: CaultonAllen@aol.com [mailto:CaultonAllen@aol.com]
Sent: Monday, April 21, 2003 8:28 AM
To: Peggy.Joyner@mail.va.gov; Joyner, Peggy (ORM)
Subject: (no subject)

Monday, April 21, 2003 America Online: Caulton Allen

# Exhibit 3

**Allen, Caulton (ORM)**

**From:** Joyner, Peggy (ORM)
**Sent:** Tuesday, March 11, 2003 8:46 AM
**To:** Allen, Caulton (ORM)
**Subject:** RE: Leave of Absence/Resignation

Caulton

This message is not precise enough. You state "I plan to resign from my position....". I need you to say that you are resigning and state the reason. Your reason can be "personal" or what ever you wish it to say. This is because I need to complete a 52 with your reason for leaving with a forwarding address. Also, you need to process out, then I will carry you in a non-pay status until the actual date of the resignation.

-----Original Message-----
**From:** Allen, Caulton (ORM)
**Sent:** Friday, March 07, 2003 11:41 AM
**To:** Joyner, Peggy (ORM)
**Subject:** Leave of Absence/Resignation

**To:** Peggy Joyner, Regional EEO Officer
**From:** Caulton D. Allen, EEO Investigator
**Date:** March 7, 2003
**Subject:** Leave of Absence/Resignation

I am requesting permission to take a leave of absence from March 21, 2003 to April 21, 2003 for personal reasons. At the end of the requested leave of absence, I plan to resign from my position as an EEO Investigator on April 22, 2003.

1