UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAULTON D. ALLEN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-0741 (RCL) |
| JAMES R. NICHOLSON, Secretary, Department of Veterans Affairs, | ) |
| Defendant. | ) |

## ORDER

Upon full consideration of plaintiff's request [14] to hold in abeyance or dismissal without prejudice, the defendant's opposition to the motion, and the plaintiff's reply, the entire record herein, and the applicable law, it is hereby

ORDERED that plaintiff's request [14] is DENIED.

SO ORDERED.

Signed by Chief Judge Royce C. Lamberth, on August 27, 2008.