**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CAULTON D. ALLEN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 07-0741 (RCL)** |
| ) | |
| **JAMES R. NICHOLSON,** ) | |
| **Secretary, Department of** ) | |
| **Veterans Affairs,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

Upon full consideration of defendant's motion [8] to dismiss the complaint pursuant to

Federal Rule of Civil Procedure 12(b)(1), the entire record herein, and the applicable law, it is

hereby, for the reasons set forth in an accompanying Memorandum Opinion,

ORDERED that defendant's motion [8] is GRANTED.  It is further hereby

ORDERED that plaintiff's claims are dismissed for lack of jurisdiction.

SO ORDERED.


Signed by Chief Judge Royce C. Lamberth, on August 27, 2008.